```
                    IN THE UNITED STATES DISTRICT COURT
                       FOR THE DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| WILLIAM BROWN, | HON. JEROME B. SIMANDLE |
|         Petitioner, | Civil No. 10-2784 (JBS) |
|    v. | |
| UNITED STATES OF AMERICA, | **ORDER** |
|         Respondent. | |

This matter having come before the Court upon the Government's motion to dismiss William Brown's petition for a writ of habeas corpus [Docket Item 10]; the Court having considered the parties' submissions and finding it unnecessary to hold an evidentiary hearing; for the reasons explained in the Memorandum Opinion of today's date;

IT IS this __**26th**__ day of **May, 2011** hereby

ORDERED that the Government's motion is **GRANTED** and the Petition will be **DISMISSED WITH PREJUDICE**; and it is further

ORDERED that no certificate of appealability shall issue under 28 U.S.C. § 2253(c)(1) because reasonable jurists would not find it debatable that dismissal of the Petition as untimely was required.

                                    **s/ Jerome B. Simandle**
                                    JEROME B. SIMANDLE
                                    United States District Judge